171 So. 924

**Naman JOHNSON v. STATE.**

8 Div. 417.

Court of Appeals of Alabama.
Oct. 27, 1936.

Rehearing Denied Jan. 12, 1937.

J. N. Powell, of Hartselle, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

173 So. 920

**M. D. JOHNSTON v. STATE.**

4 Div. 323.

Court of Appeals of Alabama.
April 6, 1937.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 918

**Ex parte G. Ernest JONES.**

6 Div. 894.

Court of Appeals of Alabama.
Jan. 21, 1936.

G. Ernest Jones, pro se.

PER CURIAM.

In accordance with, and in response to, the mandate of the Supreme Court issued in the case of Ex parte Robert J. Wheeler, as Judge, etc., 231 Ala. 359, 165 So. 76, Supreme Court, the petition for mandamus in the above-styled cause is hereby dismissed.

In making this order, we feel it our duty to say that this court, as such, never assumed jurisdiction of the mandamus proceeding, that it was never called to the attention of the court, and no action has ever been taken thereon, and, but for the mandate of the Supreme Court, above referred to, an order of dismissal would be unnecessary.

Dismissed.

171 So. 924

**J. B. JONES v. CITY OF ANNISTON.**

7 Div. 259.

Court of Appeals of Alabama.
Jan. 14, 1937.

PER CURIAM.

Appeal dismissed, for want of prosecution.

165 So. 918

**Bill JONES v. CITY OF HUNTSVILLE.**

8 Div. 198.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

164 So. 920

**Eugene JONES v. CITY OF TUSCALOOSA.**

6 Div. 841.

Court of Appeals of Alabama.
Nov. 29, 1935.

PER CURIAM.

Appeal dismissed for want of prosecution.